IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERREL JEAN COURVELLE**                                                                 **PLAINTIFF**
**ADC #707159**

v.                              Case No. 4:25-cv-00387-KGB-JJV

**ARKANSAS DEPARTMENT OF CORRECTIONS,** *et al.*                       **DEFENDANTS**

## ORDER

Before the Court is the partial recommended disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses with prejudice *pro se* plaintiff Sherrel Jean Courvelle's 42 U.S.C. § 1983 claims against separate defendant Arkansas Department of Corrections ("ADC") and terminates ADC as a party to this case. The Court dismisses without prejudice Ms. Courvelle's remaining claims other than her access to the courts, right to counsel, due process, and retaliation claims against separate defendants Dexter Payne, William Straughn, Nurzuhal Faust, and Daniel Midgett. Ms. Courvelle may proceed with her access to the courts, right to counsel, due process, and retaliation claims against separate defendants Dexter Payne, William Straughn, Nurzuhal Faust, and Daniel Midgett. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 9th day of June, 2025.

                                                                                    _____
                                                                                    Kristine G. Baker
                                                                                    Chief United States District Judge